

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HORACE A. GOSS, JR. | CIVIL ACTION NO. 07-CV-2070 |
| VERSUS | JUDGE WALTER |
| AMERICAN ELECTRIC POWER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 15) is granted and all claims by Horace A. Goss, Jr. dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9 day of May, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE